JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNELL WORTHY,<br>        Plaintiff,<br><br>                v.<br><br>STAFFMARK GROUP, LLC, et al.,<br>        Defendants. | EDCV 23-674 DSF (SPx)<br><br>Order REMANDING Case to State Court |

Defendant GXO Logistics Supply Chain, Inc. removed this case based on Class Action Fairness Act (CAFA) jurisdiction.  Defendant acknowledges that the only claim presented in the case is one under the California Private Attorneys General Act (PAGA).  However, there is no CAFA jurisdiction for claims brought under PAGA.  <u>Canela v. Costco Wholesale Corp.</u>, 971 F.3d 845 (9th Cir. 2020).

Defendant nonetheless argues that because "it is clear Plaintiff also seeks statutory penalties, restitution and wages beyond those penalties permitted by Private Attorneys General Act of 2004" the case should be considered a class action, presumably brought under some other, unspecified statutes.  Notice of Removal ¶ 6.  Defendant provides no authority or meaningful analysis in support of this proposition, and the Court rejects it.  If Plaintiff seeks damages beyond those provided by PAGA, the state court will presumably decline to award them.

The case is REMANDED to the Superior Court of California, County of Riverside.

IT IS SO ORDERED.


Date: April 20. 2023

_Dale S. Fischer_
Dale S. Fischer
United States District Judge

2